UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES JONES, | ) | 1:11-cv-02090-GSA-PC |
| Plaintiff, | ) ) | ORDER TRANSFERRING CASE TO NORTHERN DISTRICT OF CALIFORNIA |
| vs. | ) ) | |
| DISTRICT ATTORNEY, et al., | ) ) | |
| Defendants. | ) ) | |

## I.   BACKGROUND

Charles Jones ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the Complaint commencing this action on December 19, 2011.  (Doc. 1.)  The Court screened the Complaint pursuant to 28 U.S.C. § 1915A and issued an order on April 24, 2012, dismissing the Complaint for failure to state a claim upon which relief may be granted under § 1983, with leave to file a petition for writ of habeas corpus, and the case was closed.  (Doc. 7.)  On June 6, 2012, following Plaintiff's motion for reconsideration, the case was reopened, and Plaintiff was granted leave to amend the Complaint.  (Doc. 11.)  On June 21, 2012, Plaintiff filed an Amended Complaint.  (Doc. 12.)

## II.   VENUE

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

1

defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

In this case, none of the defendants named in the Amended Complaint reside in this district.  The claims arose at Salinas Valley State Prison in Soledad, California, located in Monterey County, which is in the Northern District of California.  Therefore, Plaintiff's claims are properly brought in the United States District Court for the Northern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

### III.   CONCLUSION

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated:   **April 1, 2013**                                **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE